

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Watts Premier, Inc., Watts Regulator Co., and Watts Water Technologies, Inc., | § | No. 08-16-00232-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| Texas Farmers Insurance Company as Subrogee of Francisco Mercado, | § | (TC# 2016DCV0690) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is the parties' joint motion to abate. The motion is GRANTED. We therefore abate the appeal until January 25, 2017. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before January 25, 2017.

IT IS SO ORDERED this 27th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.